SUSQUEHANNA SILK MILLS et al., Appellants, *v.* EMILIO REBORA et al., as Trustees for NAVIGAZIONE GENERALE ITALIANA et al., Respondents.

(Argued October 24, 1933; decided November 21, 1933.)

540

*James W. Ryan* for appellants.

*Homer L. Loomis* for respondents.

Judgments reversed and motion to dismiss complaint denied, with costs in all courts and ten dollars costs of motion. Defendants to have thirty days to serve answers. The complaint states a cause of action for an accounting. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.